﻿Citation Nr: AXXXXXXXX
Decision Date: 02/26/21 Archive Date: 02/26/21

DOCKET NO. 201125-121169
DATE: February 26, 2021

REMANDED

Entitlement to an increased level of special monthly compensation (SMC) based on the need for a higher level of aid and attendance is remanded.

REASONS FOR REMAND

The Veteran had active service from November 1964 to August 1968.

This appeal comes to the Board of Veterans’ Appeals (Board) under the Appeals Modernization Act (AMA) review system. 84 Fed. Reg. 138 (Jan. 18, 2019).

A November 2019 rating decision granted entitlement to SMC for loss of creative organ, rated under 38 U.S.C. § 1114, subsection (k), SMC for loss of use of both hands, rated under subsection (m), and a higher level of SMC pursuant to subsection (p); each with an effective date of September 9, 2019. The Veteran was notified of that rating decision on November 27, 2019.

In November 2020, the Veteran submitted his VA Form 10182 Decision Review Request: Board Appeal (AMA Notice of Disagreement) as to the November 2019 rating decision, selecting direct review by a Veterans Law Judge (VLJ). Because the Veteran requested direct review by a VLJ without submission of additional evidence and without a Board hearing, the Board’s decision is based on a review of the evidence of record at the time of the November 2019 rating decision. 38 C.F.R. § 20.301.

Evidence was added to the claims file during a period of time when new evidence was not allowed. As the Board is remanding the claim of entitlement to an increased level of SMC based on the need for a higher level of aid and attendance for further development, this additional evidence will be considered by the RO in the adjudication of that claim.

Entitlement to an Increased Level of SMC Based on the Need for a Higher Level of Aid and Attendance is Remanded.

The Veteran asserts entitlement to a higher rate of SMC. He contends that such was reasonably raised in the record. See November 2020 VA Form 10182. 

The Board notes that the Veteran was afforded a VA examination in November 2019 for Parkinson’s Disease. The VA examiner noted the Veteran has constant tremors of the left hand, and minimal tremors of the right hand which make it difficult to grasp or hold items with either hand. He has difficulty walking, due to weakness in his lower extremities, and balance issues which make him a fall risk. The examiner noted the Veteran cannot drive due to tremors and weakness. This examination, however, does not address the relevant inquiry required to address a claim for SMC.

The record does not appear to contain any efforts to develop a claim for entitlement to a higher rate of SMC based on the need for a higher level of aid and attendance. 

This failure to develop the Veteran’s assertions is a pre-decisional duty-to-assist error. 

The matter is REMANDED for the following action:

Schedule the Veteran for an examination for need for regular aid and attendance. The examiner must specifically consider the Veteran’s contentions related to his lack of mobility, loss of use of his limbs and severely reduced vision. 

The examiner should also consider VA treatment records evaluating the Veteran’s functional capacity. 

A complete and fully explanatory rationale must be provided for any opinion offered. If any opinion cannot be rendered without resorting to speculation, the examiner must state whether the need to speculate is caused by a deficiency in the state of general medical knowledge, i.e., no one could respond given medical science and the known facts, or by a deficiency in the record or the examiner, i.e., additional facts are required, or the examiner does not have the needed knowledge or training.

 

 

MICHAEL A. HERMAN

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board J. Smith, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.